**Charles Ray WATERS, Sr.,**
**Plaintiff–Appellant,**

v.

**Charles ROSSOTTI, Commissioner**
**of Internal Revenue Service,**
**Defendant–Appellee.**

**No. 01–1941.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 27, 2001.

Charles Ray Waters, Sr., Pro Se. Bruce Raleigh Ellisen, Jeffrey Ronald Meyer, United States Department Of Justice, Washington, D.C., for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Charles Ray Waters, Sr., appeals from the district court's order dismissing his civil action against the Commissioner of Internal Revenue. Our review of the record and the district court's opinion adopting the recommendation of the magistrate judge discloses no reversible error. Accordingly, we deny Waters' motion to proceed in forma pauperis and his "Ex Parte Motion" and dismiss the appeal on the reasoning of the district court. *Waters v. Rossotti,* No. CA–00–1241–1 (M.D.N.C. filed May 23, 2001 & entered May 24, 2001). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*